IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NYKOLAS ALFORD; STEPHEN THOMAS; and ACLU OF MISSISSIPPI**                                        **PLAINTIFFS**

**V.**                                                        **CAUSE NO. 3:16-CV-350-CWR-LRA**

**JUDY MOULDER, in her official capacity as Mississippi State Registrar of Vital Records**                                                        **DEFENDANT**

## ORDER

This case has been dormant for nearly two years. The parties are asked to advise the Court whether this case has been mooted by subsequent events, should be dismissed for lack of prosecution, or closed for some other reason.

Responses are requested within 10 days. Proposed agreed orders may be submitted to chambers in the usual fashion.

**SO ORDERED**, this the 22nd day of August, 2018.

                                          s/ Carlton W. Reeves
                                          UNITED STATES DISTRICT JUDGE